IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALIE CUNHA, *Individually and on Behalf of all Others Similarly Situated,* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-CV-0540-K |
| LA QUINTA HOLDINGS, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| JORDAN ROSENBLATT, *Individually and on Behalf of all Others Similarly Situated,* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-CV-0558-K |
| LA QUINTA HOLDINGS, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| STEPHEN BUSHANSKY, *On Behalf of Himself and Others Similarly Situated,* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-CV-0648-K |
| LA QUINTA HOLDINGS, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER OF CONSOLIDATION

On the Court's own motion, the Court **ORDERS** that Case Nos. 3:18-CV-0558-K, and 3:18-CV-0648-K,  are hereby **CONSOLIDATED** with Case No. 3:18CV-0540-K.

All future filings shall be filed in 3:18-CV-0540-K.

**SO ORDERED.**

Signed May 2nd, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE